584 A.2d 218
ROBERT NOYE v. HOFFMANN–LA ROCHE INC.

May 15, 1990.

Cross-petition for certification denied. (See 238 *N.J.Super.* 430, 570 *A.*2d 12)

584 A.2d 218
STEPHEN S. LEVITT, ET AL. v. GREEN COURT
BUILDERS, INC., ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 218
ATLANTIC EMPLOYERS INSURANCE COMPANY v. TOTS &
TODDLERS PRESCHOOL DAY CARE CENTER
AND R.S., ETC.

May 15, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 276, 571 *A.*2d 300)

584 A.2d 218
LOCAL 827, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS AFL–CIO v. NEW JERSEY DEPARTMENT OF
LABOR AND CHARLES SERRAINO, ETC., ET AL.

May 15, 1990.

Petition for certification denied.